STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
JARED GRIMMER
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Jared.L.Grimmer@usdoj.gov

*Representing the United States of America*



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

v.

MOBILE TRACKING DEVICE ON A
SILVER/GRAY COLORED CHRYSLER 200
BEARING VEHICLE ID NUMBER (VIN)
1C3CCBBG7EN131838

Case No. 2:15-mj-803-GWF

**UNITED STATES' MOTION
TO UNSEAL CASE**

THE UNITED STATES OF AMERICA, by and through STEVEN W. MYHRE, Acting

United States Attorney, and JARED GRIMMER, Assistant United States Attorney, hereby moves the

Court to unseal Case Number 2:15-mj-803-GWF, so that the United States may produce in discovery,

the Tracking Warrant and supporting affidavit in Case Number 2:16-CR-00326-LRH-CWH.

The Tracking Warrant and affidavit in this matter was sealed at the request of the United States

in order to protect an ongoing investigation. The warrant authorized a search of the vehicle utilized to

facilitate the Theft of U.S. Mail, Case No. 2:15-mj-803-GWF, for evidence of alleged violations of 18

U.S.C. § 1708 (Theft or Receipt of Stolen Mail Matter). The defendants have since been indicted on

charges of Theft or Receipt of Stolen Mail Matter, Case Number 2:16-CR-00326-LRH-CWH. The United States intends to use evidence it recovered during the execution of the Tracking Warrant in its case in chief against the defendants.

The reason for sealing the Tracking Warrant and affidavit no longer exists. Further, the United States has a duty to produce these materials in discovery in 2:16-CR-00326-LRH-CWH. For these reasons, the United States asks the Court to unseal case 2:15-mj-803-GWF, so that the United States may produce the Tracking Warrant and supporting affidavit.

DATED this 13TH day of June, 2017.

STEVEN W. MYHRE
Acting United States Attorney

JARED GRIMMER
Assistant United States Attorney

IT IS HEREBY ORDERED that the Government's Motion to Unseal Case is GRANTED.

UNITED STATES MAGISTRATE JUDGE

DATED: 6/19/2017

2